UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  18CR00088-DMS |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR RELEASE OF DOCUMENTS** |
| **NOLAN ACIERTO,** | |
| Defendant. | |

**IT IS HEREBY ORDERED,** for good cause shown, that the U.S. Probation Office release the charging documents any other documentation and discovery relating to San Diego Police Report Nos. 21017754.1 and 21017754.6 referenced in its amended petition to revoke supervised release (docket no. 52) to the parties.

**IT IS SO ORDERED**.

Dated: May 24, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court